Mark Meyer
K67344

**E-PILED**
Monday, 08 January, 2007 01:42:20 PM
Clerk, U.S. District Court, ILCD

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

**FILED**

OCT 3 1 2006

MICHAEL W DOBBINS
COURT

MARKMEYER
_____
Plaintiff

MICHEALG CHAPTIN
CONN AECIOUS Sanders
v.
CHIISTOPMER CQUGHLIN
_____
Defendant(s)

06CV5916
JUDGE BUCKLO
MAGISTRATE JUDGE NOLAN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, MARK MEYER K67344, declare that I am the ☐plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☒Yes          ☐No   (If "No," go to Question 2)
    I.D. # K67344 _____ Name of prison or jail: HILL CC
    Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: $10,00

2.  Are you currently employed?          ☐Yes          ☒No
    Monthly salary or wages: _____
    Name and address of employer: _____
    _____

    a.   If the answer is "No":
         Date of last employment: _____
         Monthly salary or wages: _____
         Name and address of last employer: _____
         _____

    b.   Are you married?          ☐Yes          ☒No
         Spouse's monthly salary or wages: _____
         Name and address of employer: _____
         _____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.   Salary or wages                                   ☐Yes          ☒No
         Amount _____ Received by _____

b.    ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes    ☒No
Amount_____Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends          ☐Yes    ☒No
Amount_____Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                 ☐Yes    ☒No
Amount_____Received by_____

e.    ☐ Gifts or ☐ inheritances          ☐Yes    ☒No
Amount_____Received by_____

f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?          ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?          ☐Yes    ☒No
Property:_____Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?          ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
                                                                 ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_____ n o n e _____
_____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____

_____
Signature of Applicant

_____
(Print Name)

--------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, Mark Meyer , I.D.# K67344 , has the sum of $ 0.00 on account to his/her credit at (name of institution) Hill Correctional Center . I further certify that the applicant has the following securities to his/her credit: 0 . I further certify that during the past six months the applicant's average monthly deposit was $ 7.80 . (Add all deposits from all sources and then divide by number of months).

October 10, 2006
DATE

_____  Acct Tech I
SIGNATURE OF AUTHORIZED OFFICER

Linda C. Libby
(Print name)

rev. 7/18/02

-3-

Date: 10/10/2006        **Hill Correctional Center**        Page 1

Time: 10:11am        **Trust Fund**

d_list_inmate_trans_statement_composite        Inmate Transaction Statement

REPORT CRITERIA - Date: 04/01/2006 thru End;    Inmate: K67344;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: K67344 Meyer, Mark**          **Housing Unit: HIL-OR-01-29**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|-------:|--------:|
| | | | | | Beginning Balance: | | 0.00 |
| 04/13/06 | Payroll | 20 Payroll Adjustment | 103125 | | P/R month of 03/2006 | 10.00 | 10.00 |
| 04/21/06 | Point of Sale | 60 Commissary | 111721 | 364264 | Commissary | -7.19 | 2.81 |
| 04/28/06 | Disbursements | 71 Voluntary Restitutions | 118363 | Chk #89634 | 0003734, DOC: 523 Fund Reimbur, Inv. Date: 03/22/2006 | -2.32 | .49 |
| 05/12/06 | Payroll | 20 Payroll Adjustment | 132125 | | P/R month of 04/2006 | 10.00 | 10.49 |
| 05/17/06 | Point of Sale | 60 Commissary | 137722 | 366561 | Commissary | -10.12 | .37 |
| 06/16/06 | Payroll | 20 Payroll Adjustment | 167125 | | P/R month of 05/2006 | 10.00 | 10.37 |
| 06/29/06 | Point of Sale | 60 Commissary | 180721 | 370562 | Commissary | -10.04 | .33 |
| 07/07/06 | Payroll | 20 Payroll Adjustment | 188125 | | P/R month of 06/2006 | 10.00 | 10.33 |
| 08/11/06 | Payroll | 20 Payroll Adjustment | 223125 | | P/R month of 07/2006 | 6.80 | 17.13 |
| 08/18/06 | Disbursements | 71 Voluntary Restitutions | 230363 | Chk #90849 | 0003819, DOC: 523 Fund Reimbur, Inv. Date: 08/07/2006 | -3.00 | 14.13 |
| 08/29/06 | Disbursements | 90 Medical Co-Pay | 241363 | Chk #90950 | 08-22-06, DOC: 523 Fund Reimbu, Inv. Date: 08/22/2006 | -2.00 | 12.13 |
| 08/30/06 | Point of Sale | 60 Commissary | 242705 | 376427 | Commissary | -8.33 | 3.80 |
| 08/30/06 | Point of Sale | 60 Commissary | 242705 | 376429 | Commissary | -.80 | 3.00 |
| 09/14/06 | Disbursements | 81 Legal Postage | 257363 | Chk #91093 | 09-07-06, DOC: 523 Fund Inmate, Inv. Date: 09/07/2006 | -2.07 | .93 |
| 09/14/06 | Disbursements | 71 Voluntary Restitutions | 257363 | Chk #91093 | 0003819, DOC: 523 Fund Inmate , Inv. Date: 08/07/2006 | -.93 | .00 |

| | |
|---|---:|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .00 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | 6.02 |

**RESTITUTIONS**

| Rest. # | Vendor | | Transaction | Tran. Date | Amount | Balance |
|---------|--------|---|-------------|-----------|-------:|--------:|
| 3819 | 99999 | DOC: 523 Fund Inmate R | Beginning Balance | 08/07/2006 | 9.95 | 6.02 |
| | | | | Total: | | 6.02 |

E-FILED
Monday, 08 January, 2007  01:42:36 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION



RECEIVED

OCT 3 1 2006

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

MARKMEYER

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

06CV5916
JUDGE BUCKLO
MAGISTRATE JUDGE NOLAN

vs.                    Case _____
                       (To be supplied by the Clerk of this Court)

MICHAELS, CHAPIN
CONNEATIOUS SPENDENS
CHRISTOP McLAUGHLIN
FRANK L SHAW
STEPHEN B. WRIGHT

NOV ? 2006

_____
(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**

__Y__    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         **U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
          **28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

MARKMEYER

Revised:  7/20/05

A.   Name: MARK MEYER

B.   List all aliases: Mark HEYER

C.   Prisoner identification number: K 67344

D.   Place of present confinement: HILL CC

E.   Address: PO BOX 1700 GALESBURG ILL 61402-1700

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

## II.   Defendant(s):

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: MICHAELG CHAPIN

Title: LT. / CHAIR pEnson adJUSTMENTCommITIE

Place of Employment: HILL CC

B.   Defendant: ConnEalIous SAndEns

Title: OFFICIEr / CHAIrpEnson AdJUSTMEnT commiETE

Place of Employment: HIll CC

C.   Defendant: CHRISTop McEanghttIn

Title: OFFICER / InTERalaFFAIRSTATEL

Place of Employment: HIllCC

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

## III.    Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

   YES (✗) NO ( )   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

   YES (✗) NO ( )

C.    If your answer is YES:

   1.    What steps did you take?
   FILIED a GRIEVAnCE WITH THE
   GRIEVAnCE OFFICEn and WITH
   PRISOnISn REVIEw Boronv

   2.    What was the result?
   BOTH THE OFFICEn end THE
   PRB AGREED THIS TIME IS SES
   IS agnE EAnIIE FOR nOT GIVINGA
   Un IOIE SAmplIE

   3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

   THAT THIE TImIE IS REAGOn ABIE

D.    If your answer is NO, explain why not:

3                                                Revised:  7/20/05

E.    Is the grievance procedure now completed?  YES (✔)  NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?  YES ( )  NO ( )

G.    If your answer is **YES**:

1.    What steps did you take?
_FILLED WITH GRIEVANCE OFFICER_

2.    What was the result?
_GRIEVANCE OFFICER AGREES WITH_
_ADJUSTMENT COMMITTE_

H.    If your answer is **NO**, explain why not:

4                                                    Revised:  7/20/05

IV.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.  Name of case and docket number: _RENEE KELLY_
_CASE NUMBER 06-1232_

B.  Approximate date of filing lawsuit: _9-8-06_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_NONE_

D.  List all defendants: _RENEE KELLY_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _US DISTRICT COURT_

F.  Name of judge to whom case was assigned: _Judge HArold A BAKER_

G.  Basic claim made: _____

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _FOR SENDING ME BACK ON THE_
_FACT I COULDNOT FIND c JUB DUE TO MY_
_MENTAL STATES_

I.  Approximate date of disposition: _10-30-06_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

5                        Revised:  7/20/05

**V.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each
defendant is involved.  Include also the names of other persons involved, dates, and places.
**Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph. (Use
as much space as you need.  Attach extra sheets if necessary.)

On 7-21-06 I was placed in SEG
For not giving a Urine SAMPle and
Was giving 31 x month 1-85 SEg, Six
months cgradie and THREE months
good Time TAKEN Fhom mE THE
CHungE Is drug and drug paraphernatia
In which I FEEl Is wnong due To THEY
did not Take me To HEALTH CanE Unit
Fon a Blood TEST To pnove THAT I HAD
any IllEgAl dnugs In ny SUSTEM non
do not HAVE any proof of dncugs noT
giving By a doctor In ny propenty
I FEEl That THIS Is ua FAtn and
Shuuld AoT BE In SEg on cgradE non
Have THREE months Taken From
mE

Revised:  7/20/05

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**VI.    Relief:**

7                                    Revised:  7/20/05

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

TO BE PAID FIVE Hundred Thousand dollars From EacH pErson InvolEd plus OnE Hundred and FIFTy dollars For EVERy day SEnVEd in SEq and TO HAVE THREE mon THS givEn BacK To mE And To HAVE EAcH pErsor SuspEndEd wITHouT pay and THATpLp bE placEd on my books

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____
(Signature of plaintiff or plaintiffs)

MARK mEgER
(Print name)

K67344
(I.D. Number)

PO BOX 1700
GAIES BURG ILL 61402 1700
(Address)

FRANK L SHAW
WARDEN
HILL CC

STEPHEN B WRIGHT
WARDEN
HILL CC

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**

X ☒ Disciplinary Report ___ Date: July 21, 2006   ☐ Investigative Report ___ Date: ___

Committed Person: MEYER, MARK   No. K67344 A.   Facility: HILL CC

Observation Date: 7-21-06   Time: ___ App: 10:40   Location: Gymnasium

C. McLaughlin 9831   **PRINT Employee's Name**   Employee's Signature/Date/Time: C. McLee 9831   7-21-06 / 1:15 p.m.

Offense: 504   203 Drug Or Drug Paraphernalia

Observation: On the above date and time this writer attempted to collect a urine sample from inmate MEYER K67344 for the purpose of drug testing. As a result this drug screen test inmate MEYER could not provide a sample in the allotted 2 hour time period. This writer was present during the time period of inmate MEYER's drug screening. Inmate MEYER was identified by his photo on his IDOC inmate identification card.

Witnesses, if any: Lt. Bart Brown (IL River CC)

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement   ☐ Investigative Status   Reasons: Nature of incident.

Lt. L. Hallman 9787 A.S.C.   **PRINT Name**   Lt. I. Holleman 7/21/06   **Shift Supervisor's Signature and Date** (For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer   Comment: Approved   cale   Signature/Date

☒ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit
Lt. L. Hallman 9787 A.S.C.   **PRINT Name**   A. F. Holleman 7/21/06   **Reviewing Officer's Signature and Date**

☐ Reviewed by Hearing Investigator: ___ **PRINT Name** (Adult Division Major Reports Only)   **Signature and Date**

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS
You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person's Signature and Number: ___   Committed Person Refused to Sign ☐
16 Stickle 9782   **PRINT Serving Employee's Name**   **Serving Employee's Signature**   7/25/06   **Date and Time Served**

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: ___   Committed Person's Signature and Number: ___

— — — — (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) — — — —

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of ___ Date.

NAME OF WITNESS: ___   Number/Cell/Title: ___
Witness can testify to: ___
NAME OF WITNESS: ___   Number/Cell/Title: ___
Witness can testify to: ___

Committed Person's Name and Number: ___

DC 7308 (Rev. 4/88)   Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-0361

OR 29

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
| --- |

**Date Received:** August 25, 2006     **Date of Review:** August 26, 2006     **Grievance #** (optional): 070196

**Offender:** Meyer     **ID#:** K67344

**Nature of Grievance:** DR 7-21-06

**Facts Reviewed:** Offender Meyer was found guilty of Disobeying a Direct Order for not providing a urine sample within a two hour time period. It appears the inmate wants the punishment cut in half. This writer reviewed the disciplinary report and the final summary.

AUG 2006
RECEIVED

**Recommendation:** GRIEVANCE DENIED. Based upon a review the disciplinary process is in compliance with D.R. 504.

Gary L. Pampel
Print Grievance Officer's Name     Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
| --- |

**Date Received:** 9/12/06    ☑ Concur    ☐ I do not concur    ☐ Remand

**Comments:**

Chief Administrative Officer's Signature     9/12/06     Date

| Offender's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Offender's Signature     ID#     Date

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

07-0196

| Date: 8-19-06 | Offender: (Please Print) MARK MIEYEN | | 6 | ID#: K673414 |

| Present Facility: HILL CC | Facility where grievance issue occurred: HILL CC |

8/25/06
9/1

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ Disability
☐ Staff Conduct   ☐ Dietary   ☐ Medical Treatment   ☐ HIPAA
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator   ☐ Other (specify):

☒ Disciplinary Report: 7 21 06        HTILL CC
                        Date of Report          Facility where issued

AUG
RECEIVED

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 7-21-06 I was placed in SEG because I could not provide a urine sample in the 2 hour time frame, being a ATFBTC may HAVE something to do with it I aslo feel that I should not HAVE to do six months SEG, six month cgradf, HAVE no contactvisits or HAVE to pay fon THIE TEST and was told THAT I failed THE same TEST in ILL. RIVER CC, I would t IKF To Know WHEN THIS happen Because I paorolie offeron.

**Relief Requested:** I would LIKE THIS TIME In SEg and cgradf and the pattee of this test cut InHAlf and THIE PRICE OF THE TEST placed Back onmy Books

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    ___/___/___
Offender's Signature                ID#              Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____    _____    ___/___/___
Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
                                                                                    ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    ___/___/___
Chief Administrative Officer's Signature          Date

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**OFFENDER'S GRIEVANCE** (Continued)

ILL RIVER CC. in SEP, 2005, and SINCE
IT Cannot BE PROVEN WITHOUT a URINE
SAMPLE or BLOOD TEST I SHOULD NOT HAVE
To do SIX monThs SEg or 6 monTS c grade

# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** MEYER, MARK | **IDOC Number:** K67344 | **Race:** WHI |
| **Hearing Date/Time:** 7/26/06  09:10 AM | **Living Unit:** HIL-H-01-02 | **Orientation Status:** N/A |
| **Incident Number:** 200603099/1 - HIL | **Status:** Final | |

*Inmate signed waiver agreeing to hearing date less than 24 hrs. after ticket was served*

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 7/21/06 | 200603099/1-HIL | MCLAUGHLIN, CHRISTOP | GYMNASIUM | 10:40 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 203 | Drugs & Drug Paraphernalia | Guilty |
| | *Comments:not providing urine sample* | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Charges read inmate pleads guilty inmate states no statement.

## BASIS FOR DECISION
Committee finds the inmate guilty due to.
*The written report by the officer who did witness the incident at the time it happened app 10:40 am.
*Inmate Meyer K67344 was ID ed by his inmate state ID card at the time of the incident app 10:40 am.
*Inmate Meyers K67344 failed to provide A urine sample in the two hour allotted time for drug screening for IL dept Of corrections at IL River CC.
*The cost of the drug screening kit is 9.95 once the drug screening kit is taken from its original package it cannot be used.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 6 Months C Grade | 6 Months C Grade |
| 6 Months Segregation | 6 Months Segregation |
| Revoke GCC or SGT 3 Months | Revoke GCC or SGT 3 Months |
| Restitution of $ 9.95 Paid to Hill CC | Restitution of $ 9.95 Paid to Hill CC |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |
| **Basis for Discipline:**not provideing urine sample | |

## Signatures
### Hearing Committee

| | | | |
|---|---|---|---|
| CHAPIN, MICHAEL G  - Chair Person | *signature* | 07/26/06 | WHI |
| | Signature | Date | Race |
| SANDERS, CORNEALIOUS | *signature* | 07/26/06 | BLK |
| | Signature | Date | Race |
| Recommended Action Approved | | | |

## Final Comments: N/A

**STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS**

## ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

**Name:** MEYER, MARK          **IDOC Number:** K67344          **Race:** WHI

**Hearing Date/Time:** 7/26/06  09:10 AM          **Living Unit:** HIL-H-01-02          **Orientation Status:** N/A

**Incident Number:** 200603099/1 - HIL          **Status:** Final

FRANK L SHAW / SBW  7/31/06                                          07/31/06

**Chief Administrative Officer**          **Signature**          **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

8/6/6                  3p

**Employee Serving Copy to Committed Person**          **When Served - - Date and Time**

```
MIME-Version:1.0
From:ECF_Returns
To:ECF_Notices
Bcc:Chambers.Baker@ilcd.uscourts.gov,
Chambers.Gorman@ilcd.uscourts.gov
Message-Id:<385908>
Subject:Activity in Case 1:06-cv-01232-HAB-JAG Meyer v. Kelly Merit
Review Order
```
Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### United States District Court for the Central District of Illinois

## Notice of Electronic Filing

The following transaction was entered on 9/8/2006 at 12:10 PM CDT and filed on 9/8/2006

**Case Name:**        Meyer v. Kelly
**Case Number:**      1:06-cv-1232
**Filer:**
**Document Number:** No document attached

### Docket Text:
ORDER MERIT REVIEW ORDER: This case is set for merit review. The court is required by 28 U.S.C. Section 1915A to "screen" the plaintiff's complaint, and through such process to identify and dismiss any legally insufficient claim, or the entire action if warranted. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." The plaintiff must be prepared to identify each of his claims and defendants during the hearing. The clerk is to notify the plaintiff's place of incarceration and to issue a writ for the plaintiff's participation in the video/telephone conference call.Merit Review Hearing set for Monday, 10/30/2006 at 9:30 AM by telephone (court will place call) before Judge Harold A. Baker. Entered by Judge Harold A. Baker on 9/8/06. (SM, ilcd)

**1:06-cv-1232 Notice has been electronically mailed to:**

**1:06-cv-1232 Notice has been delivered by other means to:**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS _____

| | | |
|---|---|---|
| **Mark Meyer    K67344** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 06-1232** |
| **Renee Kelly** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Hill Correctional Center at Galesburg, IL.

**WE COMMAND** that you produce the body of **Mark Meyer,** Register No. **K67344,** who is in your custody at Hill Correctional Center before the United States District Court on **Monday, 10/30/06 at 9:30 AM Central Standard Time** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the

Central District of Illinois.

DATED: 9/8/06

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ___ S. Marvel_____
Deputy Clerk

06-1232 Writ.wpd

**REVOCATION OF GOOD CONDUCT CREDITS WHEN SENTENCE IS DETERMINATE UNDER 1978 LAW**

**NAME** _Meyer_ **NUMBER** _K67344_ **DATE** _9/14/06_

**(STEP 1)**

Yr. Mo. Day

_3_    (Good Conduct Credits Revoked From
        Sentence By Director On _9/11/06_

**(STEP 2)** (MITTIMUS NUMBER _98CR120550_ )

PROJECTED OUT DATE

Yr. Mo. Day

_98.4.01_    (Custody Date)
_06_         (Sentence Less G.C.C.)
             (Projected Out Date or
             PRB Projected Out Date)
+or-
_01 - 2 - 19_    (Previous Time - Lost/Awarded)
                 (Projected Out Date)    _2 sch Date_
_3_              (Present Revocation)
_01 - 5 - 19_    (Adjusted Projected Out Date)

Adj. Proj. Out Date _5-19-07_    Terminal Operator _____
Calculated By _____    Date Entered _9/14/06_

DC 1328 (Rev. 10/99)
IL426-00528

OR 29
DC 1328

**REVOCATION OF GOOD CONDUCT CREDITS WHEN SENTENCE IS DETERMINATE UNDER 1978 LAW**

**NAME** _Meyer_    **NUMBER** _K 67344_    **DATE** _9/14/06_

**(STEP 1)**

Yr. Mo. Day

3    (Good Conduct Credits Revoked From
     Sentence By Director On _9/11/06_)

**(STEP 2)** (MITTIMUS NUMBER _98CR120550.1_)

PROJECTED OUT DATE

Yr. Mo. Day

90 10 01    (Custody Date)
+    (Sentence Less G.C.C.)
     (Projected Out Date or
     PRB Projected Out Date)
+or-    (Previous Time - Lost/Awarded)    Dist Date
07-3-19    (Projected Out Date)
+    3    (Present Revocation)
07. 5 19    (Adjusted Projected Out Date)

========================================================

Adj. Proj. Out Date    5 19.07    Terminal Operator _____
Calculated By _____    Date Entered _____

DC 1328 (Rev. 10/96)
IL426-00528

# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** MEYER, MARK      **IDOC Number:** K67344      **Race:** WHI

**Hearing Date/Time:** 7/26/2006  09:10 AM      **Living Unit:** HIL-OR-01-29      **Orientation Status:** N/A

**Incident Number:** 200603099/1 - HIL      **Status:** Final

*Inmate signed waiver agreeing to hearing date less than 24 hrs. after ticket was served*

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 7/21/2006 | 200603099/1-HIL | MCLAUGHLIN, CHRISTOP | GYMNASIUM | 10:40 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 203 | Drugs & Drug Paraphernalia | Guilty |
| | *Comments:not providing urine sample* | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Charges read inmate pleads guilty inmate states no statement.

## BASIS FOR DECISION
Committee finds the inmate guilty due to.
*The written report by the officer who did witness the incident at the time it happened app 10:40 am.
*Inmate Meyer K67344 was ID ed by his inmate state ID card at the time of the incident app 10:40 am.
*Inmate Meyers K67344 failed to provide A urine sample in the two hour allotted time for drug screening for IL dept Of corrections at IL River CC.
*The cost of the drug screening kit is 9.95 once the drug screening kit is taken from its original package it cannot be used.

## DISCIPLINARY ACTION   *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 6 Months C Grade | 6 Months C Grade |
| 6 Months Segregation | 6 Months Segregation |
| Revoke GCC or SGT 3 Months | Revoke GCC or SGT 3 Months |
| Restitution of $ 9.95 Paid to Hill CC | Restitution of $ 9.95 Paid to Hill CC |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |
| **Basis for Discipline:**not provideing urine sample | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|--|-----------|------|------|
| CHAPIN, MICHAEL G  - Chair Person | | 07/26/06 | WHI |
| SANDERS, CORNEALIOUS | | 07/26/06 | BLK |
| Recommended Action Approved | | | |

**Final Comments:** N/A

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** MEYER, MARK

**Hearing Date/Time:** 7/26/2006  09:10 AM

**Incident Number:** 200603099/1 - HIL

**IDOC Number:** K67344

**Living Unit:** HIL-OR-01-29

**Status:** Final

**Race:** WHI

**Orientation Status:** N/A

STEPHEN B WRIGHT / SBW  7/31/2006

**Chief Administrative Officer**

07/31/06

**Signature**                    **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

BRENT A MASON

**Employee Serving Copy to Committed Person**

8/3/2006          03:00 PM

**When Served - - Date and Time**

5-7

State of Illinois -- Department of Corrections
**DISCIPLINARY REPORT**

Page 1 of 1

☒ Disciplinary Report _____    July 21, 2006
                                            **Date**

☐ Investigative Report _____
                                            **Date**

Committed Person:  MEYER, MARK          No. K67344          Facility:  HILL CC

Observation Date:  7-21-06    Time:  App: 10:40    Location:  Gymnasium

C. McLaughlin 9831                      C McLe 9831          7-21-06 / 1:15 p.m.

**PRINT Employee's Name**                Employee's Signature/Date/Time

Offense: 504    203 Drug Or Drug Paraphernalia

Observation:  On the above date and time this writer attempted to collect a urine sample from inmate MEYER, K67344 for the purpose of drug testing.  As a result this drug screen test inmate MEYER could not provide a sample in the allowed 2 hour time period.  This writer was present during the time period of inmate MEYER's drug screening.  Inmate MEYER was identified by his photo on his IDOC inmate identification card.

Witnesses, if any: _____ Lt. Bart Brown (IL River CC)

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**

Page ___ of ___

X Disciplinary Report _____    July 21, 2006
☐                           **Date**

☐ Investigative Report _____
                              **Date**

MEYER, MARK                         HILL CC

Committed Person: _____    No. K67344    Facility: _____

Observation Date: 7-21-06    Time: ____    App: 10:40    Location: Gymnasium

C. McLaughlin 9831                    C. McK le 9831        7-21-06 / 1:15 p.m.

**PRINT Employee's Name**            **Employee's Signature/Date/Time**

Offense: 504    203 Drug Or Drug Paraphernalia

Observation:    On the above date and time this writer attempted to collect a urine sample from inmate MEYER K67344 for the purpose of drug testing. As a result this drug screen test inmate MEYER could not provide a sample in the allotted 2 hour time period. This writer was present during the time period of inmate MEYER's drug screening. Inmate MEYER was identified by his photo on his IDOC inmate identification card.

Lt. Bart Brown (Il. River CC)

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement    ☐ Investigative Status    Reasons: Nature of incident.

Lt. L. Hallman 9787 A.S.C.    A. I. Hollman    7/21/06
**PRINT Name**                 **Shift Supervisor's Signature and Date**
                               (For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer    Comment: Appropriately Placed

Wei Perez    7/24/06
**PRINT Name**        **Signature/Date**

☒ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Program Unit

Lt. L. Hallman 9787 A.S.C.    A. I. Hollman    7/21/06
**PRINT Name**                 **Reviewing Officer's Signature and Date**

☐ Reviewed by Hearing Investigator: _____
(Adult Division Major Reports Only)    **PRINT Name**    **Signature and Date**

### PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

### PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

_____    Committed Person Refused to Sign ☐
**Committed Person's Signature and Number**

½ S Hickle 9382    no p    7/25/06    am/pm
**PRINT Serving Employee's Name**    **Serving Employee's Signature**    **Date and Time Served**

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____

_____
**Committed Person's Signature and Number**

(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)