**E-FILED**
Monday, 08 January, 2007  01:52:39 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

JOHN M. WATERS
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117
FAX: 309.671.7120

### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

January 8, 2007

Mark Meyer, K-67344
Hill Correctional Center
PO Box 1700
Galesburg, IL. 61401

RE: Meyer vs Chapin,etal
CASE NO. IN 06-5916
CASE NO. IN PEORIA: 07-1006

Dear Mr. Meyer:

Pursuant to an Order of the Court, the above case has been transferred to the Peoria Division of the Central District of Illinois. All future pleadings should be filed with the Clerk in Peoria at the above address and should indicate the Peoria Civil Case Number only.

When filing pleadings, please send an original and one copy of each pleading and a postage paid return envelope, if you wish to have a file-stamped copy returned to you.

Very truly yours,

s/ H. Kallister

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

JMW/hk