# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA
# VIDEO WRIT

| CASE NAME: Mark Meyer v. Chapin, et al. | CASE NO. 07-1006 | Beginning Date of Hearing: 3/2/7 @ 9:30am | Type of Hearing: Merit Review<br><br>Length of Hearing: 1 hour |
|---|---|---|---|

**TO: THE WARDEN OF ILLINOIS RIVER CORRECTIONAL CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Mark Meyer c/o Hill Corr Center | K67344 | IL RIVER CC from Hill Correctional Center | 3/2/7 | 9:30 a.m. |
| Judge Baker | n/a | Urbana Courthouse | 3/2/7 | 9:30 a.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated: 01/08/07**                    JOHN M. WATERS, CLERK
                                        UNITED STATES DISTRICT COURT

                                        BY:  s/H.Kallister
                                             DEPUTY CLERK

CC: Plaintiff
Faxed to: Warden of Hill Correctional Center,
          Warden of Illinois River Correctional Center,
          Urbana Video Clerk
          Video Coordinator

Format and wording approved by IDOC Legal Counsel 2/11/98

# FAX TRANSMISSION

**CENTRAL DISTRICT OF ILLINOIS**
309 FEDERAL BUILDING, 100 N.E. MONROE
PEORIA, IL 61602
309-671-7117
FAX: 309-671-7120

**To:** IRCC 309-647-0353  **Date:** 3/31/05
Hill Correctional Center 309/343-3812
Urbana Video Clerk, 217/373-5834

**Pages:** 2, including this cover sheet.

**From:** Kerin

**Subject:** Scheduling of Video Conferencing Equipment

COMMENTS:
    Wardens:
        Attached is the video writ for inmate/witnesses at your institution./location.  Please refer to the attached schedule and call if you have any questions.

Format and wording approved by IDOC Legal Counsel 2/11/98

# Fax Transmission

**Central District of Illinois**
309 Federal Building, 100 N.E. Monroe
Peoria, IL 61602
309-671-7117
Fax: 309-671-7120

**To:** IDOC, Video Scheduler, **Date:** 3/31/05

**Fax #:** 217/524-6856 **Pages:** 2, including this cover sheet.

**From:** Kerin

**Subject:** Scheduling of Video Conferencing Equipment

COMMENTS: This is for 05-1054

    IDOC, Video Scheduler:
        Please schedule the video time as indicated.  THIS IS A POINT-TO-POINT CONNECTION. If you have any questions, please do not hesitate to call me.

    *Confirmation needed*