E-FILED
Tuesday, 16 January, 2007 02:30:47 PM
Clerk, U.S. District Court, ILCD

JAN 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

07-1006

MICHEAL W. ROBBINS

In response to your letter that I recived on 1-10-07 I am not sure in what you are asking for. When I first filed this law suit all copies were inclosed with the first set of paperwork. With this letter you will find what I have recived from your office and what I have recived from Judge Elaine E. Bucklo count on 11 14 06 I hope this will help if not let me know and what else I need to do for this case

From

Mark Meyer

MARK MEYER
K 67344
PO BOX 1700
GALESBURG ILL
61402-1700

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ELAINE E. BUCKLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 C 5916 | DATE | 11/8/06 |
| CASE TITLE | Mark Meyer (#K-67344) vs. Michael G. Chapin, et al. | | |

**DOCKET ENTRY TEXT:**

This action is transferred to the United States District Court for the Central District of Illinois (Peoria Division) for imposition of an initial filing fee and whatever other action the transferee court deems appropriate. The clerk shall not issue summonses unless the transferee court so directs. The case and all pending motions are terminated on this court's docket.

■ [For further details see text below.]  Docketing to mail notices.

## STATEMENT

The plaintiff, a state prisoner, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that he was wrongfully disciplined for possession of drugs or drug paraphernalia after he failed to provide correctional officials with a urine sample.

Under 28 U.S.C. § 1391(b), a civil rights action under Section 1983 may be brought only in: (1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

The court discerns no basis for venue in this district. The events giving rise to this lawsuit took place at the Hill Correctional Center, where the plaintiff is currently confined. Hill Correctional Center (Galesburg, Illinois) is in Knox County, which is situated in the federal judicial district of the Central District of Illinois. See 28 U.S.C. § 93(b). Presumably, the defendants can be found in that district. Venue does, therefore, exist in the Central District of Illinois and, given the particulars of this case, that district is clearly the most convenient forum for this action.

For the foregoing reasons, this action is transferred to the United States District Court for the / District of Illinois at Peoria pursuant to 28 U.S.C. § 1406(a) for imposition of an initial filing fee and whatever other action the transferee court deems appropriate. The clerk shall not issue summonses unless the transferee court so directs.

mjm



**MICHAEL W. DOBBINS**
**CLERK**

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

January 3, 2007

Clerk's Office
United States District Court
309 Federal Building,
Attn: Intake Desk
100 N.E. Monroe Street
Peoria, IL 61601

RE:      Mark Meyer -VS- Michael G. Chapin, et al.,
Case No:   06 C 5916  - Judge Elaine E. Bucklo

Enclosed is the certified record which is being transferred to your court pursuant to an order entered on November 8, 2006 by the Honorable Elaine E. Bucklo. Enclosed is a certified copy of the transfer order and docket sheet and with documents nos. 1 and 4.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:  /s/ Haydee Pawlowski
     Deputy Clerk

Enclosures
New Case No. _____        Date _____