AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**MARK MEYER,**
**Plaintiff,**

vs.                                                            Case Number:    **07-1006**

**MICHAEL G. CHAPIN, ET AL.,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that case is dismissed without prejudice pursuant to HECK v HUMPHREY, 512 U.S. 477, 484-487 (1994).

ENTER this 2nd day of March 2007.

s/JOHN M. WATERS, CLERK

JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK